FILED

07/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0055

Case No. DA 22-0055

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DENNIS McDONALD, as a general partner, )
managing partner, and limited partner of OPEN )
SPEAR RANCH FAMILY LIMITED )
PARTNERSHIP )
  )
    Counter Defendant, )
    and Appellant, )
vs. )
  )
SHARON McDONALD, as a general partner )
KELLY McDONALD FRASER, limited partner )
COURTNEY McDONALD, limited partner )
CASEY McDONALD, limited partner of the )
OPEN SPEAR RANCH FAMILY LIMITED )
PARTNERSHIP, )
  )
  )
    Counter Claimants and Appellees )

## ORDER FOR EXTENSION OF TIME

Upon consideration of Appellee Sharon McDonald's Motion for Extension

of Time and good cause appearing therefore, Appellee Sharon McDonald is hereby

granted an extension of time within which to file her Answer Brief to and

including September 6, 2022.

1

Dated this _____ day of _____, 2022.

_____
Bowen Breenwood
Clerk of the Supreme Court

Cc:   Rodd A. Hamman
      Jim Lippert
      David B. Gallik
      Hertha L. Lund

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 27 2022